# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Robin Prince

                           Plaintiff,

v.                                      Case No.: 1:19−cv−04769

                                      Honorable Young B. Kim

Global Credit & Collection Corp., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2020:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for preliminary approval of class settlement [31] is granted. Appearance on February 11, 2020, is not required to present this motion or for the scheduled status hearing. The status hearing is cancelled. Enter Order Granting Preliminary Approval of Class Settlement. Class Counsel has until March 27, 2020, to file a petition for fees and costs. Parties also have until April 30, 2020, to file their joint motion for final approval. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.